**United States District Court**
**for the**
**Eastern District of Pennsylvania**

| | |
|---|---|
| Nancy & Thomas Schenck, h/w, ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Civil Action No. 5:10-cv-03363-JKG |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| CVS Caremark Corporation, ) | |
| Defendant. ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF THE COMPLAINT

**To the Clerk of the Court and the Defendant**: Pursuant to Fed.R.Civ.P. 41(a)(1)(i),

plaintiffs hereby give notice of their voluntary dismissal, without prejudice, of the First

Amended Complaint.

Respectfully submitted

Timoney Knox, LLP

By:    _____

Richard L. Caplan
132 East chestnut Street
Lancaster, PA 17602
(717)393-1400
rcaplan@timoneyknox.com

Attorney for plaintiffs Nancy and Thomas Schenck